# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-041-MOC-DCK

| | |
|---|---|
| NATHANIEL CANNON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHARTER COMMUNICATIONS SHORT TERM DISABILITY PLAN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) filed by Stacy K. Wood, concerning Kenneth L. Schmetterer on March 1, 2018. Kenneth L. Schmetterer seeks to appear as counsel *pro hac vice* for Defendant Chart Communications Short Term Disability Plan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) is **GRANTED**. Kenneth L. Schmetterer is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 1, 2018

David C. Keesler
United States Magistrate Judge