IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-041-DCK

| | |
|---|---|
| NATHANIEL CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARTER COMMUNICATIONS SHORT ) | |
| TERM DISABILITY PLAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Charter Communications Short Term Disability Plan's Motion To Seal Exhibit 1 Of The Joint Stipulation" (Document No. 21) filed August 8, 2018. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Charter Communications Short Term Disability Plan's Motion To Seal Exhibit 1 Of The Joint Stipulation" (Document No. 21) is **GRANTED**. Exhibit 1 to the Joint Stipulation (Document 20) shall be sealed until further Order of this Court.

Signed: August 9, 2018

David C. Keesler
United States Magistrate Judge