**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:18-CV-041-DCK**

| | |
|---|---|
| **NATHANIEL CANNON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **CHARTER COMMUNICATIONS SHORT** ) | |
| **TERM DISABILITY PLAN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Adjourn The Trial Date" (Document No. 26) filed December 6, 2018.  The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Adjourn The Trial Date" (Document No. 26) is **GRANTED with modification**.  The trial date in this matter is extended up to and including the civil term beginning **February 19, 2019**.

**SO ORDERED**.

Signed: December 6, 2018

David C. Keesler
United States Magistrate Judge