# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-041-DCK

| | |
|---|---|
| NATHANIEL CANNON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHARTER COMMUNICATIONS SHORT TERM DISABILITY PLAN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the record of this case and the undersigned's calendar, the Court will re-schedule the assigned trial term for this matter.

**IT IS, THEREFORE, ORDERED** that a trial in this matter, if necessary, will be held during the undersigned's civil term beginning **April 8, 2019**.

Signed: January 4, 2019

David C. Keesler
United States Magistrate Judge